■ UNION LABOR LIFE INSURANCE Co., Respondent, v LEVIEN, RICH & Co., P. C., Appellant.—Order, Supreme Court, New York County (Bernard Burstein, J.), entered on or about June 13, 1985, unanimously affirmed for the reasons stated by Burstein, J., at Special Term. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Sandler, J. P., Carro, Asch, Kassal and Rosenberger, JJ.